UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:23-cv-09601-WDK-MAR | Date | September 11, 2025 |
|---|---|---|---|
| Title | Wenlong Zhang v. Ur M. Jaddou, et al. | | |

| Present: The Honorable | William D. Keller, United States District Judge |
|---|---|

| Lesbith Castillo | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:** **(IN CHAMBERS) Order to Show Cause Re: Dismissal for Lack of Prosecution**

    An Order to Show Cause for Lack of Prosecution was issued by the Court on February 29, 2024. (Doc. No. 8.) The Court is in receipt of Plaintiff's response to the order filed on March 14, 2024. (Doc. No. 10.) However, to date, no proof of service has been filed indicating that the summons and complaint have been served on the Defendants or their respective counsel. *See* Fed. R. Civ. P. 4(m).

    Plaintiff is **ORDERED** to show cause why this case should not be dismissed for lack of prosecution. *Link v. Wabash R. Co.*, 370 U.S. 626 (1962) (Court has inherent power to dismiss for lack of prosecution on its own motion).

    The Court grants the plaintiff an extension to file proofs of service of the summons and complaint **on or before November 10, 2025**. Further, the Court, on its own motion, orders Plaintiff to show cause, in writing, **on or before November 10, 2025,** why this action should not be dismissed for lack of prosecution.

    This matter will stand submitted upon the filing of Plaintiff's response. *See* Fed. R. Civ. P. 78. Failure to respond will be deemed consent to the dismissal of the action. The docket reflects that Plaintiff is not actively pursuing this matter. Plaintiff can satisfy this order by filing proof(s) of service of the summons and complaint. The Court refers the

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

Plaintiff to the Pro Se Clinic for more information: https://prose.cacd.uscourts.gov/los-angeles

IT IS SO ORDERED.